Cecilia Maddox NEWBERN, Petitioner, v. Kenneth Parker
NEWBERN, Respondent.

(333 S. E. (2d) 568)

Supreme Court

## ORDER

### Aug. 12, 1985.

The petition for writ of certiorari to the Court of Appeals is denied.

FINNEY, J., not participating.